Before HAYNSWORTH, Chief Judge, and FIELD and WIDENER, Circuit Judges.

PER CURIAM:

Noting that no question concerning the standing of the parties or the jurisdiction of the court has been raised on appeal, we affirm on the opinion of the district court, 359 F.Supp. 611 (E.D.Va. 1973).

In the event a petition for certiorari be filed more than thirty days after the date of filing of this opinion, plaintiff is required to give bond with sufficient corporate surety, to be approved by the Clerk of this court, in the sum of $500,000, to hold the defendants, any or all of them, harmless on account of any increase in project construction costs or increase in interest rates on bonds sold to finance the project, either or both, which may occur because of delay occasioned on account of the filing of such petition for certiorari should the judgment of this court be affirmed.

Let the mandate of the court issue forthwith.

Affirmed.

phy, Deputy Atty. Gen., San Francisco, Cal., for defendants-appellees.

Before CHAMBERS, BROWNING and HUFSTEDLER, Circuit Judges.

ORDER

On petition for certiorari, the judgment of this court reported at 464 F.2d 602 was vacated and the cause remanded to this court for further consideration in light of Gagnon v. Scarpelli, 411 U.S. 778, 93 S.Ct. 1756, 36 L.Ed.2d 656 (1973).

Upon further consideration, it is ordered that the judgment of the district court be, and it is hereby, vacated; and the cause is remanded to the District Court for the Northern District of California for further consideration in light of Gagnon v. Scarpelli.

Jesse Lee GRIFFIN, Plaintiff-Appellant,

v.

CALIFORNIA ADULT AUTHORITY, L. S. Nelson, Warden, Defendants-Appellees.

No. 72–1006.

United States Court of Appeals, Ninth Circuit.

July 23, 1973.

Jesse Lee Griffin, in pro. per.

Evelle J. Younger, Atty. Gen., Herbert T. Ashby, Chief Asst. Atty. Gen., Karl S. Mayer, Deputy Atty. Gen., Doris H. Maier, Asst. Atty. Gen., John T. Mur-

Charles G. M'CLARY, Petitioner-Appellant,

v.

CALIFORNIA ADULT AUTHORITY, CALIFORNIA DEPARTMENT OF CORRECTIONS, Respondent-Appellee.

No. 72–1319.

United States Court of Appeals, Ninth Circuit.

July 23, 1973.

Robert W. Peterson, University of Santa Clara Law School, Santa Clara, Cal., for petitioner-appellant.

Evelle J. Younger, Atty. Gen., Karl J. Uebel, Deputy Atty. Gen., Herbert L. Ashby, Chief Asst. Atty. Gen., Doris H. Maier, Asst. Atty. Gen., Robert R. Gran-